IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
NELLIE LEE COLE-ROBINSON,    )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        2:11cv66-MHT
                             )            (WO)
AUBURN UNIVERSITY            )
MONTGOMERY,                  )
                             )
    Defendant.               )
```

### JUDGMENT

In accordance with the joint stipulation of dismissal, it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own fees, costs, and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd day of November, 2011.

                                  /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE